UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



United States Courts
Southern District of Texas
FILED

MAR 23 2016

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| v. | § Criminal Action No.: H-4:16-cr- |
| EL MEHDI BEN BARKA, a/k/a ELMEHDI BENBARKA, a/k/a EL MEHDI BENBARKA, a/k/a ELMEHDI BEN BARKA, a/k/a FAHD BENBARKA, a/k/a ELNEHDI BENBARKA, a/k/a ELMO, | § |
| Defendant. | § |

16 CR 0125

## INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

(NONIMMIGRANT ALIEN IN POSSESSION OF A FIREARM)

On or about June 12, 2015, in the Houston Division of the Southern District of Texas, EL MEHDI BEN BARKA, a/k/a ELMEHDI BENBARKA, a/k/a EL MEHDI BENBARKA, a/k/a ELMEHDI BEN BARKA, a/k/a FAHD BENBARKA, a/k/a ELNEHDI BENBARKA, a/k/a ELMO, the defendant herein, being an alien who has been admitted to the United States under a nonimmigrant visa, did knowingly possess, in and affecting foreign or interstate commerce, the following firearm:

1. One Silver and Black .40 Smith and Wesson pistol, which had been shipped in interstate and/or foreign commerce.

In violation of 18 United States Code, Section 922(g)(5)(B).

1

A TRUE BILL:                          Original Signature on File

                                                          FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney, Southern District of Texas

*[signature]*

Adam Laurence Goldman
Assistant United States Attorney

2